IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR93 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| RUDOLPH GEORGE STANKO, ) | |
| ) | |
| Defendant. ) | |

Before the court is defendant's Motion to Continue (Filing No. 43) the hearing scheduled in front of Judge F.A. Gossett on May 3, 2005, at 9:00 a.m. The court has reviewed the motion and finds that it should be granted. Said hearing will be rescheduled at a later date.

All motions currently pending in this case will be ruled on by the undersigned judge.

SO ORDERED.

DATED this 28th day of April, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE