IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RUDOLPH GEORGE STANKO, ) | |
| ) | 8:05CR93 |
| Defendant. ) | |

NOTICE OF APPEAL

COMES NOW Rudolph Stanko, the Defendant in the above-entitled matter, with this notice of appeal of certain aspects of the Court's May 4, 2005 Memorandum and Order (Document #47) to the Court of Appeals. Jurisdiction for this appeal is grounded in 28 U.S.C. § 1292(a)(1) with regard to the portion of the Court's order denying the Defendant's Motion For Declaratory Judgment (Document #22) and in 28 U.S.C. § 1292(a)(1) and the collateral order doctrine established in *Cohen v. Beneficial Indus. Loan Corp.*, 337 US. 541 (1949), with regard to the portion of the Court's order denying the Defendant's petition and motion for declaration (Document #23) and Defendant's motion for access to grand jury transcripts (Document #21).[1]

      s/ <u>Roger I Roots, Esq.</u>
      Roger I Roots, Esq., R.I. Bar #6752
      Attorney for Defendant
      Pro hac vice
      597 Broad St. #3
      Central Falls, RI 02863
      Telephone: (401) 290-8260

---

[1] Defendant notes that the grand jury improprieties may also qualify for interlocutory review under 28 U.S.C. § 1292(b), upon an application for certification. *See United States v. Bonnell*, 483 F. Supp. 1091 (C.D. Minn. 1979).

CERTIFICATE OF SERVICE

I, Roger Roots, do certify that on May 9, 2005 a copy of the foregoing document was transmitted electronically using the CM/ECF system which sends notification of such filing to the attorney for the government appearing in this case.

        Signed:    <u>Roger I Roots, Esq.</u>
                  Roger I. Roots, RI Bar #6752
                  Attorney for Defendant
                  597 Broad St. #3
                  Central Falls, RI 02863
                  (401) 290-8260
                  rroots@unlv.nevada.edu