# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR93 |
| | ) | |
| v. | ) | |
| | ) | |
| RUDOLPH GEORGE STANKO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION FOR TRANSCRIPTS [55] for hearings held March 14, 2005, March 17, 2005 and March 23, 2005. For good cause shown, the request will be granted and transcripts will be ordered upon receipt of a deposit of $72.60 made to the Clerk of the United States District Court.

**IT IS ORDERED** that defendant's Motion [55] is granted, as follows:

1. Upon the receipt of a deposit of $72.60, transcripts of the three hearings will be ordered. Should the cost of the transcripts exceed this amount, the defendant will be required to pay the difference. Likewise, should the cost of the transcript be less than $72.60, the Clerk shall issue a refund check.

2. The Clerk shall immediately notify the chambers of the undersigned when the $72.60 deposit is received. Upon receipt the said funds, the Clerk is ordered to prepare a transcript of the hearings held on March 14, 2005, March 17, 2005 and March 23, 2005.

**DATED August 1, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**