IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUDOLPH GEORGE STANKO, )<br>)<br>Defendant. )<br>) | 8:05cr93<br><br><br>ORDER |

The Clerk's Office has requested that Document Number 63 be stricken from the record for the following reason(s):

- Incorrect signature.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 63 from the record.

DATED this 28th day of September, 2005.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge