IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR93 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| RUDOLPH GEORGE STANKO, ) | |
| ) | |
| Defendant. ) | |

Pursuant to this court's order dated May 4, 2005 (Filing No. 47), and United States Magistrate F.A. Gossett's findings on the record at defendant Stanko's Initial Appearance and Arraignment on Superseding Indictment on October 13, 2005 (Filing No. 68), defendant Stanko's pleadings filed herein are ordered stricken until such time as defendant Stanko files a notice advising the court who will file pleadings on his behalf. Accordingly,

IT IS ORDERED:

1. The Clerk of Court shall strike Filing Nos. 66, 67, and 69 from the record.

2. The Clerk of Court shall mail a copy of this order to Rudolph George Stanko P.O. Box 509, Gordon, NE 69343, as well as to counsel of record.

DATED this 14th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE