IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CR93** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RUDOLPH GEORGE STANKO,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on defendant's MOTION FOR TRANSCRIPTS [55] for hearings held March 14, 2005, March 17, 2005 and March 23, 2005. Defendant has placed a deposit of $72.60 on file with the Clerk. The transcripts have been prepared and an invoice has been provided. The actual costs of the transcripts is $158.40. Defendant was notified of the remaining balance and supplied a credit card for same.

**IT IS ORDERED**:

1. Upon receiving the remaining balance of $85.80 for transcripts ordered by the defendant, the Clerk shall forward a copy of the transcripts to the defendant.

**DATED October 31, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**