IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR93 |
| v. | ) | |
| RUDOLPH GEORGE STANKO, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant's REQUEST FOR TRANSCRIPT [69] for the hearing held October 13, 2005. Defendant is ordered to place $36.30 on file with the Clerk. Upon receipt of the funds, the Clerk shall order the requested transcript.

**IT IS ORDERED**:

1. The defendant, Rudolph George Stanko is ordered to put on file with the Clerk of the US District Court a check in the amount of $36.30. Should the cost of the transcript exceed this amount, the defendant will be required to pay the difference. Likewise, should the cost of the transcript be less than $36.30, the Clerk shall issue a refund check.

2. Upon receipt the said funds, the Clerk is ordered to prepare a transcript of the hearing held on October 13, 2005. A copy of the transcript shall be mailed to the defendant.

**DATED November 14, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**