IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR93 |
| v. | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion and/or letter of withdrawal and objection filed by Roger I. Roots, counsel for the defendant. Filing No. 103. The court has carefully reviewed this motion and finds it to be ambiguous at best. Accordingly, the court shall schedule this for hearing on **December 20, 2005, at 1:00 p.m.,** Courtroom 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. **Counsel Roger I. Roots, counsel for the government, and the defendant shall all appear in person before the court at this hearing.**

Dated this 6th day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge