IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR93 |
| v. | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| Defendants. | ) | |

IT IS ORDERED that, on the court's own motion, the hearing on the motion and/or letter of withdrawal and objection filed by Roger I. Roots, counsel for the defendant (Filing No. 103), and the Motion to Withdraw (Filing No. 107) filed by attorney David L. Nich, Jr., is **rescheduled** to **December 28, 2005, at 11:00 a.m.**, Courtroom 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  **Counsel Roger I. Roots, counsel David L. Nich, Jr., counsel for the government, and the defendant shall all appear in person before the court at this hearing.**

Dated this 12th day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge