IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR93 |
| v. | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| Defendants. | ) | |

IT IS ORDERED that a hearing on all pending motions to suppress, including, but not limited to, [125], [133] & [138], are scheduled for hearing on **December 28, 2005, at 11:00 a.m.**, **and will continue into the afternoon if necessary,** in Courtroom 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

Dated this 13th day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge