IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR93 |
| v. | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| Defendants. | ) | |

This matter is before the court on attorney Roger I. Roots' Motion for a Different Date or for a Conference-call Hearing filed on December 13, 2005. Filing No. 142. However, Mr. Roots called this morning and represented to my administrative assistant that he can now attend the hearing scheduled for December 28, 2005, at 11:00 a.m. Mr. Roots' request to change the hearing will be denied.

THEREFORE, IT IS ORDERED that Mr. Roger Roots' request for a different date or conference-call hearing, Filing No. 142, is denied.

Dated this 14th day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge