IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>RUDOLPH GEORGE STANKO,   )<br>   )<br>   Defendant.   )<br>_____   ) | 8:05CR93<br><br><br>ORDER |

Before the court is defendant's motion to continue, Filing No. 203; motion for release of Brady materials, Filing No. 206; motion to dismiss, Filing No. 207; motion to stay, Filing No. 208; petition, Filing No. 210; and petition for transcript, Filing No. 212. With regard to the motion to continue trial, the court conducted a hearing today and granted defendant's motion. During the hearing, David Domina appeared on behalf of the defendant. Defendant has informed the court that David Domina is now lead counsel and will be responsible for all filings and for trial in this matter. Accordingly, the court shall deny Filing Nos. 206, 207, 208, 210 and 212 as all filings now must be made by counsel, David Domina.

THEREFORE, IT IS ORDERED that defendant's motion to continue, Filing No. 203, is granted as set forth herein. It is further ordered that Filing Nos. 206, 207, 208, 210 and 212 are denied, as all filings now must be made by counsel, David Domina.

DATED this 24th day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE