IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR93 |
| v. | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| Defendants. | ) | |

This matter is before the court on defendant's petition of habeas corpus. The defendant has been ordered to not file pleadings in this case, as he is represented by counsel. The Clerk's Office inadvertently filed this pleading.

THEREFORE, IT IS ORDERED that the Clerk of Court is hereby ordered to strike Filing No. 238. The defendant is not permitted to file pleadings in this case.

Dated this 31st day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge