## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:05CR93** |
| v. | ) | **ORDER** |
| **RUDOLPH GEORGE STANKO,** | ) | |
| **Defendants.** | ) | |

This matter is before the court on defendant's notice of appeal and request to proceed on appeal in forma pauperis. Filing No. 295. Defendant has represented to the court under oath in his current criminal case, United States v. Stanko, 06CR50, that he is impoverished and has no assets to represent himself. Accordingly, the court grants his request to file his appeal in forma pauperis in this case. Additionally, the clerk of court is instructed to submit Filing Nos. 296 and 299 to the Eighth Circuit.

THEREFORE, IT IS ORDERED that defendant's motion to proceed in forma pauperis on appeal, Filing No. 295, is granted.

Dated this 17th day of August, 2006.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge