IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                       )<br>                                                          )<br>        v.                                        )<br>                                                          )<br>RUDOLPH GEORGE STANKO,     )<br>                                                          )<br>            Defendant.                   )<br>                                                          ) | 8:05CR93<br><br>ORDER |

   This matter is before the court on defendant's motion for return of firearms and ammunition, Filing No. 336. The court has reviewed the request and finds it is without merit.

   IT IS ORDERED that defendant's motion to return firearms and ammunition, Filing No. 336, is denied.

   DATED this 4th day of April, 2008.

                                                BY THE COURT:


                                                s/Joseph F. Bataillon
                                                JOSEPH F. BATAILLON
                                                UNITED STATES DISTRICT JUDGE