IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>             Plaintiff,                      )<br>                                                           )<br>       v.                                              )<br>                                                           )<br>RUDOLPH GEORGE STANKO,    )<br>                                                           )<br>             Defendant.                  )<br>                                                           ) | 8:05CR93<br><br>ORDER |

   This matter is before the court on defendant's motion for reconsideration of its order, Filing No. 339, for return of firearms and ammunition, Filing No. 343.  The court has reviewed the request and finds it is without merit.  Defendant was convicted under Counts I and II of a superseding indictment, and he is not entitled to the return of firearms and ammunition.

   THEREFORE, IT IS ORDERED that defendant's motion to reconsider return of firearms and ammunition, Filing No. 434, is denied.

   DATED this 28th[th] day of April, 2008.

                                            BY THE COURT:


                                            s/Joseph F. Bataillon
                                            Chief District Judge