IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUDOLPH GEORGE STANKO, ) <br> ) <br> Defendant. ) <br> ) | 8:05CR93 <br><br> ORDER |

    This matter is before the court on its own accord. The court notes that counsel has now entered an appearance for the defendant in this case. Filing No. 391. In a separate criminal case filed against Mr. Stanko by the government, the Eighth Circuit directed this court to grant access to grand and petit jury documents pursuant to 28 U.S.C. § 1867(f). *United States v. Stanko*, 528 F.3d 581, 587 (8th Cir. 2008). In accordance with that directive, the court in this case has already provided Mr. Stanko with copies of numerous Nebraska jury plans. In addition, counsel for both the defendant and the government are free to review the records and documents compiled in the jury questionnaires maintained in the office of the Clerk of Court as set forth below.

    THEREFORE, IT IS ORDERED:

    1. Counsel for the defendant and the government are permitted to inspect between the dates of April 20, 2009, and May 15, 2009, the grand jury list, questionnaires, and the contents of records or papers used by the jury clerk in connection with the grand jury selection process, and the Clerk shall make available to counsel the method used in selecting grand juries, and in particular the method as it pertains to the grand jury that returned this indictment. In the event this information is insufficient, counsel shall file a

motion indicating what additional information is needed.  Defendant's counsel and counsel for the government shall be allowed to inspect and copy such records or papers at all reasonable times.

2.   Any information provided in the inspection of documents and records set forth above shall not include the names, street addresses, signatures, home phone numbers, work phone numbers, employer's names and addresses, month or date of birth, or social security numbers of the grand jurors.

3.   On or before May 29, 2009, the defendant shall file any motion with respect to the jury selection process or notify the court by letter if the defendant will not be filing any such motion.   Said motion, if any, shall fully comply with the provisions of 28 U.S.C. § 1867(d).

4.   The court will not permit counsel, or the defendant, to share information regarding these jurors with any third party without prior approval from the court.  These questionnaires contain private, sensitive information that need not be shared with the public.   Failure to comply with this order may result in contempt of court.

DATED this 8th day of April, 2009.

BY THE COURT:

s/Joseph F. Bataillon
CHIEF DISTRICT JUDGE