IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR93 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for reconsideration, Filing No. 414, of this court's order, Filing No. 411, denying his request for community confinement in Montana. Defendant now wishes to change his request from "community confinement" to "supervised release" pursuant to 18 U.S.C. § 3605. The court does not handle these requests. Mr. Stanko needs to speak to his case manager at FCI Terre Haute and ask the Bureau of Prisons to send his request to relocate to the United States Probation Office in Montana. It is up to the Probation Office in Montana to either accept or deny Mr. Stanko's request.

THEREFORE, IT IS ORDERED that defendant's motion for reconsideration, Filing No. 414, is denied.

DATED this 3rd day of August, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge