IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR93 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court sua sponte.  The court has reconsidered defendant's motion for supervised release in Montana, Filing No. 414, following defendant's term of imprisonment.  The court has discussed the transfer with the Chief Judge for the District of Montana.  The District of Montana has agreed to accept the referral.  Accordingly, pursuant to the power granted to me in 18 U.S.C. § 3605 and upon reconsideration, the court will grant defendant's motion, Filing No. 414, and will initiate transfer of the defendant's case to Montana for supervised release to follow completion of his term of incarceration.  A separate transfer order will be filed in conjunction with this order.

    THEREFORE, IT IS ORDERED that defendant's motion to transfer him to the District of Montana for supervised release, Filing No. 414, upon completion of his term of incarceration is granted.  This court's order, Filing No. 415, is hereby vacated.  The Clerk of Court is ordered to serve the District of Nebraska United States Probation Officer Stan Pfeiffer with a copy of this order.

    DATED this 19th day of August, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.