IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR93 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant Rudolph George Stanko's ("Stanko") Objection. (Filing No. 423.) On April 19, 2010, Stanko filed a separate civil case, which the court liberally construed as a motion filed pursuant to 28 U.S.C. § 2255 because it challenged Stanko's conviction and sentence in this matter. (Case No. 8:10CV151, Filing No. 11.) Stanko now objects to the court's construction of his claims and requests that the court address his claims as he filed them, rather than under 28 U.S.C. § 2255. For good cause shown, the court will allow Stanko to proceed on his claims in the separate civil matter.

IT IS THEREFORE ORDERED that:

1.      Stanko's Objection (filing no. 423; Case No. 8:10CV151, Filing No. 12) is granted to the extent that the court will not treat Stanko's April 19, 2010, filing as a motion filed pursuant to 28 U.S.C. § 2255.

2.      The Clerk of the court is directed to re-assign Case No. 8:10CV151 to the pro se docket. However, the case may remain assigned to the undersigned judge because it is related to this matter. The Clerk of the court is also directed to refer all motions in Case No. 8:10CV151 to the pro se docket.

3.      The Clerk of the court is directed to file all pleadings previously filed in

Case No. 8:10CV151, filed as Filing No. 419 in this matter, in Case No. 8:10CV151. To the extent it remains pending, Filing No. 419 is therefore denied as moot.

DATED this 23rd day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge