**IN THE UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 8:05CR93 and 8:06CR50 (D. Nebr.) |
| | ) | CR11-08-BLG-RFC (D. Montana) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| RUDOLPH GEORGE STANKO, | ) | Magistrate Judge Thalken |
| Defendant. | ) | |

## RULE 32.1 ORDER

A petition for offender under supervision having been filed in the district court for the District of Montana charging the above-named defendant with violating the supervised release condition which states "The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons" and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P.32.1. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.32.1. Additionally, defendant

(X)  Was given an identity hearing and found to be the person named in the aforementioned charging document

(X)  Requested a preliminary examination be held in the charging district.

(X)  The government moved for detention.

(X)  Was given a detention hearing in this district.

   Accordingly, it is ordered that the defendant is held to answer in the charging district.

(X)  Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered. All funds, if any, deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

   IT IS SO ORDERED.

   DATED in Omaha, Nebraska this 23rd day of September, 2011.

s/ Thomas D. Thalken
U.S. Magistrate Judge