IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR93 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RUDOLPH GEORGE STANKO, | ) | |
| | ) | |
| Defendant. | ) | |

     This matter is before the court on defendant's notice of appeal, Filing No. 474; the Clerk of Court's copy of the in forma pauperis memo, Filing No. 475; the defendant's motion for a transcript, Filing No. 476; and the defendant's objection to the order of the magistrate judge, Filing No. 477.  The court will grant the request for in forma pauperis status and for a transcript.   With regard to the objection to the magistrate judge's order, the court has carefully reviewed the record and determines that the magistrate judge is correct in all respects, and the objections of the defendant are without merit.  Accordingly, the court will overrule the objections.

     IT IS ORDERED that:

     1. Defendant's motion for a copy of the transcript, Filing No. 476, dated September 22, 2011, for purposes of appeal is granted.  The Clerk of Court is ordered to send the defendant a copy of said transcript.

     2. Defendant is granted leave to proceed informa pauperis on appeal, pursuant to Filing Nos. 475 and 476.

     3. The objection to the magistrate judge's conditions of release, Filing No. 477, is overruled.

     DATED this 14th day of October 2011.

BY THE COURT:

s/Joseph F. Bataillon
Chief District Judge