IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:05CR93 |
| vs. | ) | |
| | ) | |
| RUDOLPH GEORGE STANKO, | ) | Order |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on July 8, 2013 [542].

IT IS ORDERED:

1. The request for transcript, filing [542] is granted.

2. Rudolph George Stanko, is ordered to pay to the Clerk of Court the amount of $14.60. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $14.60, a refund check will be issued.

3. Upon receipt of this fee, the Court Reporter is ordered to prepare a transcript of the hearing held on July 8, 2013. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated: July 9, 2013.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge