IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:05CR93 |
| vs. | ) | |
| | ) | |
| RUDOLPH GEORGE STANKO, | ) | Order |
| | ) | |
| Defendants. | ) | |
| | ) | |

    In the matter of the defendant's July 8, 2013 request for transcript, the Court ordered that the transcript be prepared following pre-payment in the amount of $14.60 (Filing #543). The Court ordered that should the cost of the prepared transcript exceed this amount, the defendant would be required to pay the difference.

    The Court was informed on July 26, 2013 that the actual cost of the prepared transcript is $18.25, a difference of $3.65. Accordingly, the defendant is ordered to pay the difference of $3.65 before the transcript shall be mailed to the requestor.

    IT IS ORDERED:

1.     Rudolph George Stanko, is ordered to pay to the Clerk of Court the amount of $3.65 for the additional cost of the prepared transcript.

2.     Upon receipt of this fee, the Court Reporter is ordered to mail a paper copy of the transcript to the requestor. A copy of this order should also be mailed to the requestor.

Dated: July 26, 2013.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge